AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>JACQUELINE ROBINSON<br><br>_Defendant_ | )<br>)<br>)<br>) Case No. 4:13CR106<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: United States District Court<br>305 Main Street<br>Greenville, MS 38701 | Courtroom No.: 2 (Third Floor) |
|---|---|
| | Date and Time: Monday, July 15, 10:30 a.m. |

This offense is briefly described as follows:

CONSIPRACY TO DEFRAUD THE U.S.; FALSE STATEMENTS

Date: 06/27/2013

s/ R.Capps  Deputy Clerk
_Issuing officer's signature_

David Crews, Clerk of Court
_Printed name and title_

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: _____

_Server's signature_

_Printed name and title_